FILED

03/21/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0575

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## No. DA 23-0575

RIKKI HELD, et al.,

*Plaintiffs / Appellees*

v.

STATE OF MONTANA, et al.,

*Defendants / Appellants*

## ORDER GRANTING LEAVE TO FILE A BRIEF
## AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS/APPELLEES

Pursuant to the Unopposed Motion by Montana Interfaith Power and Light for leave to file an Amicus Brief and good cause appearing,

IT IS HEREBY ORDERED that Montana Interfaith Power and Light shall have up to and including April 3, 2024 to file their Amicus Brief.

Dated _____ __, 2024,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 21 2024